IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| SOUTHERN REFRIGERATED TRANSPORT, INC. | PLAINTIFF |
| v. Case No. 4:15-cv-4078 | |
| THOROUGHBRED DIRECT INTERMODAL SERVICES, INC. | DEFENDANT |
| THOROUGHBRED DIRECT INTERMODAL SERVICES, INC. | THIRD-PARTY PLAINTIFF |
| v. | |
| EAGLE SYSTEMS, INC. | THIRD-PARTY DEFENDANT |

## ORDER

Before the Court is the parties' Joint Motion to Stay All Deadlines and Notice of Settlement. (ECF No. 40). The parties have informed the Court that all claims in this matter have been resolved. In light of this fact, the parties request that the Court stay all deadlines in this case until August 17, 2017, to allow the parties to finalize the settlement and submit appropriate dismissal papers.

Upon consideration, the Court finds that good cause for the stay has been shown. Accordingly, the parties' joint motion (ECF No. 40) is hereby **GRANTED**. All deadlines in this matter are stayed through August 17, 2017.

**IT IS SO ORDERED**, this 20th day of July, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge